IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KENNETH SCOTT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-382 |
| § | |
| ISAAC KWABENA KWARTENG, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the January 9, 2019 Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 46, and Defendants Philip Sifuentes' ("Sifuentes") Objection to the M&R, Dkt. No. 48. The Court reviews objected-to portions of the Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. §636(b)(1). After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R, Dkt. No. 46; **OVERRULES** Sifuentes' Objections, Dkt. No. 48; **DENIES** Sifuentes' Motion to Dismiss, Dkt. No. 15; **DENIES** Defendants Kwarteng and Lawson's Motion to Dismiss, Dkt. No. 17; and **DISMISSES** Plaintiff Kenneth Scott's claims of medical malpractice, theft and collusion as frivolous and/or for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).

SIGNED this 25th day of March 2019.

_____
Hilda Tagle
Senior United States District Judge