IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KENNETH SCOTT, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL NO. 2:17-CV-382 |
| ISAAC KWABENA KWARTENG, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

The Court is in receipt of Plaintiff's Petition for Order of Protection, Dkt. No. 45, and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 58. The deadline to file objections to the M&R has passed, and no objections have been filed. FED. R. CIV. P. 72(b) (setting 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 58. Accordingly, the Court **DENIES** as moot Plaintiff's request for order of protection, Dkt. No. 45.

SIGNED this 21st day of June 2019.

_____
Hilda Tagle
Senior United States District Judge