IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KENNETH SCOTT, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL NO. 2:17-CV-382 |
| ISAAC KWABENA KWARTENG, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to grant Defendant Senior Warden Philip Sifuentes's ("Sifuentes") Motion for Summary Judgment, Dkt. No. 68. Plaintiff Kenneth Scott ("Scott") did not oppose the motion or file objections to the M&R. *See id* at 13; 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections; FED. R. CIV. P. 72(b)(2) (same). After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 68.

The Court hereby: **GRANTS** Sifuentes's Motion for Summary Judgment, Dkt. No. 62, and **DISMISSES** Plaintiff's claims against Sifuentes with prejudice for failure to exhaust.

SIGNED this 19th day of February, 2020.

_____
Hilda Tagle
Senior United States District Judge

1 / 1